# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**GARETH S. GELINAS, JEFFREY T. GELTNAS, FRED POST, BARBARA D. POST, and JAMES W. JACKSON,**

        **Plaintiffs,**

**-vs-**                                                    **Case No.  6:03-cv-249-Orl-31JGG**

**ACCELERATED BENEFITS CORPORATION, and AMERICAN TITLE COMPANY OF ORLANDO,**

        **Defendants.**
_____/

## ORDER

Upon consideration of American Title Company of Orlando's Supplemental Motion for Attorney's Fees (Doc. 214) and Plaintiffs' Response in opposition thereto (Doc. 221), the Court finds that 20 hours at an hourly rate of $185 would constitute a reasonable fee for responding to Plaintiffs' Motion to Set Aside (Doc. 197).  Accordingly, it is

**ORDERED** that judgment shall be entered on behalf of Defendant, American Title Company of Orlando, and against Plaintiffs in the amount of $3,700.00.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on November 17, 2005.

Copies furnished to:

Counsel of Record
Unrepresented Party

_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE